# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID SIMINGTON, | No. CV 10-875-AHM (PLA) |
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |
| LOS ANGELES COUNTY SHERIFF LEROY BACA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

/
/
/
/
/
/
/

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: July 12, 2010

HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

2