# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAVID SIMINGTON, | No. CV 10-875-AHM (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LOS ANGELES COUNTY SHERIFF LEROY BACA, et al., | |
| Defendants. | |

Pursuant to the order adopting the Magistrate Judge's Final Report and Recommendation, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 12, 2010

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**